# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                           November 25, 2019
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## <u>SCHEDULING NOTICE</u>

The matter of <u>Bryant v. Superintendent of Elmira Correctional Facility</u>, 19-cv-4405 (NSR)

(LMS) has been scheduled for an in-person status conference before the Hon. Lisa Margaret

Smith, United States Magistrate Judge, on **Tuesday, January 7, 2020, at 11:30 AM,** in

Courtroom 520.


*Re: Incarcerated Prisoners*

*Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate correctional facility to have the petitioner/plaintiff available via telephone, and respondent/defendant counsel should be prepared to place the phone call* **from the courtroom** *on the appearance date.* **If the petitioner/plaintiff is no longer incarcerated, respondent/defendant shall forward a copy of this notice to his/her last known address.**

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.