**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

TONY BRYANT,

Petitioner,

-against-

19 **CIVIL** 4405 (NSR)

**JUDGMENT**

SUPERINTENDENT OF ELMIRA CORRECTIONAL FACILITY,

Respondent.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 21, 2026, the Court has adopted MJ Reznik's R&R in its entirety. The Petition is deemed DISMISSED, except that Petitioner's ineffective assistance of counsel claim is DISMISSED without prejudice. Judgment is entered in favor of Respondent; accordingly, the case is closed.

**Dated:** New York, New York

July 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**