USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 08/25/2026

UNITED STATES DISTRICT CO[URT]
SOUTHERN DISTRICT OF NEW [YORK]

TONY BRYANT

(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 4405 (NSR)( )

-against-

Superintendent of Elmira Correctional Facility

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 7-21-26 (date) but did not file a notice of appeal within the required time period because:

Lack of access to law library because of prison still under modification state of Emergency

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

MEMO ENDORSED

See Page 2.

Dated: 8-13-26

Signature: Tony Bryant

Name (Last, First, MI): Bryant, Tony.

Address: Elmira, C.F. P.O. Box 500 City: Elmira State: N.Y. Zip Code: 14902.

Telephone Number

E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tony Bryant

(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 4405 (NSR)( )

-against-

Superintendent of Elmira Correctional Facility

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 7-21-26 (date) but did not file a notice of appeal within the required time period because:

Lack of Access to Law Library because of prison still under modification State of Emergency.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 8-13-26

Signature: Tony Bryant

Name (Last, First, MI): Bryant, Tony

Address: Elmira C.F. P.O. Box 500 City: Elmira, State: N.Y. Zip Code: 14902

Telephone Number

E-mail Address (if available)

**Plaintiff mailed his appeal of the July 21, 2026 order on August 13, 2026. (ECF No. 30) Plaintiff's appeal is therefore timely. Plaintiff's motion for extension of time to file a notice of appeal is denied as moot. The Clerk of Court is respectfully directed to (1) mail a copy of this Order to pro se Plaintiff at the address listed on ECF, and to note service on the docket and (2) terminate the motion at ECF No. 31.**

**Dated: August 25, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE